IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAUNA J. BARNETT, )
)
       Plaintiff, )
)
-vs- ) Case No. CIV-10-1266-F
)
MICHAEL J. ASTRUE, )
Commissioner of the Social )
Security Administration, )
)
       Defendant. )

# ORDER

On December 30, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that the final decision of the Commissioner of the Social Security Administration denying plaintiff's application for supplemental security income payments under the Social Security Act be affirmed.

Presently before the court is plaintiff's timely objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with Magistrate Judge Roberts' analysis. The court rejects all of plaintiff's objections to the Report and Recommendation. The court finds plaintiff's arguments to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on December 30, 2011 (doc. no. 29) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff's application

for supplemental security income payments under the Social Security Act is **AFFIRMED**.

DATED January 26, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1266p001.wpd